| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 |
| IN RE:<br>  CARYN L. CANTELLO |

Order Filed on October 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-26235 VFP

Hearing Date:  10/17/2019

Judge:  VINCENT F. PAPALIA

Debtor is Entitled To Discharge

# ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: October 18, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 19-26235 VFP

Caption of Order:     ORDER CONFIRMING PLAN

    The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 8/23/2019, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 9/1/2019, the Debtor shall pay the Standing Trustee

    the sum of $450.00 for a period of 60 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $4,750.00. The unpaid balance of the allowed fee in the amount of $2,250.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-26235-VFP
Caryn L. Cantello                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Oct 18, 2019
                              Form ID: pdf903          Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db             +Caryn L. Cantello,   413 Lafayette Ave.,   Wyckoff, NJ 07481-3008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
            David L. Stevens    on behalf of Debtor Caryn L. Cantello dstevens@scuramealey.com,
             ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
             a.com
            Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Melissa S DiCerbo    on behalf of Creditor    LoanCare, LLC nj-ecfmail@mwc-law.com,
             nj-ecfmail@ecf.courtdrive.com
            Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
             rsolarz@kmllawgroup.com
            Steven P. Kelly    on behalf of Creditor    Quicken Loans Inc. skelly@sterneisenberg.com,
             bkecf@sterneisenberg.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```