UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:
    Caryn L. Cantello,

Debtor.



**Order Filed on October 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  19-26235 VFP

Adv. No.:

Hearing Date:  10/17/19 @ 8:30 a.m.

Judge:  Vincent F. Papalia

# ORDER RESOLVING OBJECTION TO CONFIRMATION

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 29, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Caryn L. Cantello
Case No:  19-26235 VFP
Caption of Order:  ORDER RESOLVING OBJECTION TO CONFIRMATION
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, the lessor of the subject 2017 Toyota RAV4, VIN: JTMBFREV1HJ117334, Denise Carlon appearing, by way of the objection to confirmation of the Debtors' Chapter 13 plan, and this Court having considered the representations of attorneys for Secured Creditor and David L. Stevens, Esquire, attorney for Debtor and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** that the entire balance due under the terms of the Note will be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the total amount to be paid shall be the principal of $14,961.68 plus 6.25% interest over the remaining 48 months of the plan for a total of $16,948.46; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.