SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-26235

| Re: | CARYN L. CANTELLO<br>413 LAFAYETTE AVE.<br>WYCKOFF, NJ  07481 | Atty: | SCURA WIGFIELD HEYER & STEVENS, LLP<br>1599 HAMBURG TURNPIKE<br>WAYNE, NJ  07470 |
|---|---|---|---|

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $27,000.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/10/2019 | $450.00 | 951314117 | 09/27/2019 | $450.00 | 6203843000 |
| 10/28/2019 | $450.00 | 6283022000 | 12/02/2019 | $450.00 | 6367901000 |
| 12/30/2019 | $450.00 | 6436285000 | | | |

**Total Receipts: $2,250.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,250.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 83.70 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,250.00 | 100.00% | 1,739.70 | 510.30 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT&T UNIVERSAL CITI CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,800.96 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 12,286.16 | * | 0.00 | |
| 0005 | CITIBANK NA | UNSECURED | 8,273.72 | * | 0.00 | |
| 0006 | DISCOVER BANK | UNSECURED | 13,192.56 | * | 0.00 | |
| 0007 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | LOANCARE, LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | RANA HANCLICH | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | SYNCB/LORD & TAYLOR | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,440.33 | * | 0.00 | |
| 0013 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 6,422.22 | * | 0.00 | |
| 0014 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 16,948.46 | 100.00% | 0.00 | |
| 0018 | VALLEY EMERGENCY ROOM ASSOCIATE | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | WILLIAM J. PETERSEN | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 534.62 | * | 0.00 | |

**Total Paid:  $1,823.40**
See Summary

**Chapter 13 Case # 19-26235**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $2,250.00        -    Paid to Claims: $0.00        -    Admin Costs Paid: $1,823.40    =    Funds on Hand: $426.60

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.