SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  CARYN L. CANTELLO                         Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     413 LAFAYETTE AVE.                                1599 HAMBURG TURNPIKE
     WYCKOFF, NJ  07481                                WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-26235

**NOTE:** THIS IS A BASE PLAN IN THE AMOUNT OF $32,052.00

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/10/2019 | $450.00 | 951314117 | 09/27/2019 | $450.00 | 6203843000 |
| 10/28/2019 | $450.00 | 6283022000 | 12/02/2019 | $450.00 | 6367901000 |
| 12/30/2019 | $450.00 | 6436285000 | 01/27/2020 | $450.00 | 6509389000 |
| 02/24/2020 | $450.00 | 6581991000 | 04/06/2020 | $450.00 | 6690088000 |
| 04/06/2020 | $5,052.00 | 6690099000 | 04/17/2020 | $2,890.00 | 6719170000 |
| 05/04/2020 | $450.00 | 6764555000 | 06/01/2020 | $450.00 | 6833047000 |
| 06/29/2020 | $450.00 | 6894466000 | 07/30/2020 | $450.00 | 6973370000 |
| 09/08/2020 | $450.00 | 7068109000 | 10/05/2020 | $450.00 | 7138238000 |
| 11/02/2020 | $450.00 | 7202300000 | 11/30/2020 | $450.00 | 7264786000 |
| 12/28/2020 | $450.00 | 7331336000 | | | |

**Total Receipts: $15,592.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $15,592.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | |
| | 03/16/2020 | $342.90 | 845,952 | 04/20/2020 | $426.60 | 847,913 |
| | 05/18/2020 | $7,552.80 | 849,680 | 06/15/2020 | $405.00 | 851,364 |
| | 07/20/2020 | $416.25 | 853,240 | 08/17/2020 | $416.25 | 855,050 |
| | 09/21/2020 | $416.25 | 856,933 | 10/19/2020 | $416.25 | 858,760 |
| | 11/16/2020 | $416.25 | 860,534 | 12/21/2020 | $416.25 | 862,428 |
| | 01/11/2021 | $416.25 | 864,021 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,284.70 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,250.00 | 100.00% | 2,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT&T UNIVERSAL CITI CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,800.96 | * | 0.00 | |

**Chapter 13 Case # 19-26235**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---:|
| 0004 | BANK OF AMERICA | UNSECURED | 12,286.16 | * | 0.00 | |
| 0005 | CITIBANK NA | UNSECURED | 8,273.72 | * | 0.00 | |
| 0006 | DISCOVER BANK | UNSECURED | 13,192.56 | * | 0.00 | |
| 0007 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | LOANCARE, LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | RANA HANCLICH | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | SYNCB/LORD & TAYLOR | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,440.33 | * | 0.00 | |
| 0013 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 6,422.22 | * | 0.00 | |
| 0014 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 16,948.46 | 100.00% | 11,641.05 | |
| 0018 | VALLEY EMERGENCY ROOM ASSOCIATE | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | WILLIAM J. PETERSEN | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 534.62 | * | 0.00 | |

**Total Paid: $15,175.75**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $15,592.00    -    Paid to Claims: $11,641.05    -    Admin Costs Paid: $3,534.70    =    Funds on Hand: $416.25

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.