UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Jamal J. Romero, Esq.
jromero@scura.com
*Counsel to Debtor*

Order Filed on May 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CARYN CANTELLO,

      Debtor.

Case No.: 19-26235-VFP

Chapter 13

Judge: Honorable Vincent F. Papalia

Hearing Date and Time:
May 6, 2021 at 10:00 am

# ORDER APPROVING AN ORDER PERMITTING HER TO RETAIN EXEMPT INHERITANCE TO PAY FOR NECESSARY DENTAL PROCEDURES FOR HER CHILDREN PURSUANT TO 11 U.S.C. §§ 1303 AND 363(B)(1)

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: May 7, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor: Caryn Cantello
Case No.: 19-26235-VFP
Caption of Order: ORDER APPROVING ENTRY OF AN ORDER PERMITTING HER TO RETAIN EXEMPT INHERITANCE TO PAY FOR NECESSARY DENTAL PROCEDURES FOR HER CHILDREN PURSUANT TO 11 U.S.C. §§ 1303 and 363(b)(1) PURSUANT TO FED. R. BANKR. P. 1303

Upon reviewing the motion of the Debtor Caryn Cantello (the "Debtor"), by and through her counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking entry of an order permitting her to retain exempt inheritance to pay for necessary dental procedures for her children pursuant to 11 U.S.C. §§ 1303 and 363(b)(1) (the "Motion"); and the Court having consider the moving papers, exhibits, the objection thereto, if any, and the arguments of counsel, if any; and the Court having determined that the relief requested in the Motion is in the best interest of the Debtor and her estate; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown,

It is hereby **ORDERED** as follows:

1. The Motion is hereby granted in its entirety.

2. Pursuant to Fed. R. Bankr. P. 1303, the life insurance proceeds, annexed to the Debtor's Certification as Exhibit "A", and the transactions represented thereby are hereby approved in all respects

3. The Debtor shall receive $10,829.58 net exempt proceeds from life insurance settlement.

4. The Debtor is authorized to use the $10,829.58 to pay dental procedure invoices attached to Debtor's certification.