UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Jamal J. Romero, Esq.
jromero@scura.com
*Counsel to Debtor*

Order Filed on May 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CARYN CANTELLO,

Debtor.

Case No.: 19-26235-VFP

Chapter 13

Judge: Honorable Vincent F. Papalia

Hearing Date and Time:
May 6, 2021 at 10:00 am

**ORDER APPROVING AN ORDER PERMITTING HER TO RETAIN EXEMPT INHERITANCE TO PAY FOR NECESSARY DENTAL PROCEDURES FOR HER CHILDREN PURSUANT TO 11 U.S.C. §§ 1303 AND 363(B)(1)**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: May 7, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)
Debtor: Caryn Cantello
Case No.: 19-26235-VFP
Caption of Order: ORDER APPROVING ENTRY OF AN ORDER PERMITTING HER TO RETAIN EXEMPT INHERITANCE TO PAY FOR NECESSARY DENTAL PROCEDURES FOR HER CHILDREN PURSUANT TO 11 U.S.C. §§ 1303 and 363(b)(1) PURSUANT TO FED. R. BANKR. P. 1303

Upon reviewing the motion of the Debtor Caryn Cantello (the "Debtor"), by and through her counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking entry of an order permitting her to retain exempt inheritance to pay for necessary dental procedures for her children pursuant to 11 U.S.C. §§ 1303 and 363(b)(1) (the "Motion"); and the Court having consider the moving papers, exhibits, the objection thereto, if any, and the arguments of counsel, if any; and the Court having determined that the relief requested in the Motion is in the best interest of the Debtor and her estate; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown,

It is hereby **ORDERED** as follows:

1. The Motion is hereby granted in its entirety.

2. Pursuant to Fed. R. Bankr. P. 1303, the life insurance proceeds, annexed to the Debtor's Certification as Exhibit "A", and the transactions represented thereby are hereby approved in all respects

3. The Debtor shall receive $10,829.58 net exempt proceeds from life insurance settlement.

4. The Debtor is authorized to use the $10,829.58 to pay dental procedure invoices attached to Debtor's certification.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 19-26235-VFP
Caryn L. Cantello                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

**Recip ID            Recipient Name and Address**
db              + Caryn L. Cantello, 413 Lafayette Ave., Wyckoff, NJ 07481-3008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

**Name                         Email Address**

David L. Stevens
    on behalf of Debtor Caryn L. Cantello dstevens@scura.com
    ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jamal J Romero
    on behalf of Debtor Caryn L. Cantello jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;apasku@scura.com;romero.jamalr93878@notify.bestcase.com

Lauren Moyer
    on behalf of Creditor LoanCare  LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 07, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Melissa S DiCerbo
    on behalf of Creditor LoanCare  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Steven P. Kelly
    on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9