UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Jamal J. Romero, Esq.
jromero@scura.com
*Counsel to Debtor*

**Order Filed on February 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CARYN CANTELLO,

        Debtor.

Case No.: 19-26235-VFP

Chapter 13

Judge: Honorable Vincent F. Papalia

Hearing Date and Time: February 17, 2022

# ORDER APPROVING A MOTION FOR THE TRANSFER FOR PROPERTY INTEREST TO THE DEBTOR'S FORMER SPOUSE JEFFREY TODD-EDELBACH AS JOINT TENANTS WITH <u>RIGHTS OF SURVIVORSHIP PURSUANT TO 11 USC 105</u>

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: February 18, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor: Caryn Cantello
Case No.: 19-26235-VFP
Caption of Order: ORDER APPROVING A MOTION FOR THE TRANSFER OF PROPERTY INTEREST TO THE DEBTOR'S FORMER SPOUSE JEFFREY TODD-EDELBACH AS JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP PURSUANT TO 11 USC 105

Upon reviewing the motion of the Debtor Caryn Cantello (the "Debtor"), by and through her counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking entry of an order permitting her to transfer to her husband, Jeffrey Todd-Edelbach, a joint tenancy with rights of survivorship interest in the mortgaged property, located at 413 Lafayette Avenue, Wyckoff, New Jersey 07481 (the "Property"), pursuant to Section 363(f) (the "Motion"); and the Court having consider the moving papers, exhibits, the objection thereto, if any, and the arguments of counsel, if any; and the Court having determined that the relief requested in the Motion is in the best interest of the Debtor and her estate; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown,

It is hereby **ORDERED** as follows:

1. The Motion is hereby granted as set forth herein.

2. Pursuant to 11 U.S.C. § 105(a) and 363, the Debtor may transfer her fifty percent interest in the Property to her former spouse to be joined as joint tenants with rights of survivorship, as proposed in Exhibit B of Debtor's Certification.

United States Bankruptcy Court

District of New Jersey

In re:  
Caryn L. Cantello  
    Debtor

Case No. 19-26235-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 18, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Caryn L. Cantello, 413 Lafayette Ave., Wyckoff, NJ 07481-3008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:

**Name**      **Email Address**

David L. Stevens  
    on behalf of Debtor Caryn L. Cantello dstevens@scura.com  
    ecfbkfilings@scuramealey.com;mmoreira@scura.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@sc

Denise E. Carlon  
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jamal J Romero  
    on behalf of Debtor Caryn L. Cantello jromero@scura.com  
    dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com;mmoreira@scur

Marie-Ann Greenberg  
    magecf@magtrustee.com

Marisa Myers Cohen

on behalf of Creditor LoanCare LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo

on behalf of Creditor LoanCare LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Steven P. Kelly

on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9