SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  CARYN L. CANTELLO　　　　　　　　　　　　　　　　Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
　　　413 LAFAYETTE AVE.　　　　　　　　　　　　　　　　　　　　　 1599 HAMBURG TURNPIKE
　　　WYCKOFF,  NJ  07481　　　　　　　　　　　　　　　　　　　　　 WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 19-26235

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $37,941.00**

## RECEIPTS AS OF 01/13/2023　　　　　　　　　　(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/10/2019 | $450.00 | 951314117 | 09/27/2019 | $450.00 | 6203843000 |
| 10/28/2019 | $450.00 | 6283022000 | 12/02/2019 | $450.00 | 6367901000 |
| 12/30/2019 | $450.00 | 6436285000 | 01/27/2020 | $450.00 | 6509389000 |
| 02/24/2020 | $450.00 | 6581991000 | 04/06/2020 | $450.00 | 6690088000 |
| 04/06/2020 | $5,052.00 | 6690099000 | 04/17/2020 | $2,890.00 | 6719170000 |
| 05/04/2020 | $450.00 | 6764555000 | 06/01/2020 | $450.00 | 6833047000 |
| 06/29/2020 | $450.00 | 6894466000 | 07/30/2020 | $450.00 | 6973370000 |
| 09/08/2020 | $450.00 | 7068109000 | 10/05/2020 | $450.00 | 7138238000 |
| 11/02/2020 | $450.00 | 7202300000 | 11/30/2020 | $450.00 | 7264786000 |
| 12/28/2020 | $450.00 | 7331336000 | 01/25/2021 | $450.00 | 7400913000 |
| 02/22/2021 | $450.00 | 7465211000 | 03/22/2021 | $450.00 | 7541311000 |
| 05/03/2021 | $450.00 | 7637034000 | 05/24/2021 | $450.00 | 7690685000 |
| 06/28/2021 | $450.00 | 7766379000 | 07/26/2021 | $450.00 | 7832638000 |
| 08/23/2021 | $450.00 | 7897390000 | 09/20/2021 | $450.00 | 7956519000 |
| 10/18/2021 | $450.00 | 8018203000 | 11/15/2021 | $450.00 | 8080834000 |
| 12/15/2021 | $450.00 | 8146957000 | 12/29/2021 | $450.00 | 8173050000 |
| 01/24/2022 | $450.00 | 8227955000 | 02/22/2022 | $450.00 | 8285484000 |
| 03/21/2022 | $450.00 | 8349688000 | 04/18/2022 | $450.00 | 8407834000 |
| 05/13/2022 | $2,549.00 | 8463937000 | 05/18/2022 | $450.00 | 8473389000 |
| 06/20/2022 | $450.00 | 8536384000 | 07/22/2022 | $450.00 | 8601425000 |
| 08/15/2022 | $450.00 | 8647098000 | 09/12/2022 | $450.00 | 8700995000 |
| 10/20/2022 | $450.00 | 8777224000 | 11/21/2022 | $450.00 | 8835748000 |
| 12/09/2022 | $450.00 | 8873421000 | | | |

**Total Receipts:  $29,391.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $29,391.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023　　　(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | | | | | | |

**Chapter 13 Case # 19-26235**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 02/14/2022 | $169.29 | 885,809 | | 03/14/2022 | $119.51 | 887,520 |
| | 04/18/2022 | $119.50 | 889,221 | | 05/16/2022 | $121.40 | 890,932 |
| | 06/20/2022 | $930.40 | 892,618 | | 08/15/2022 | $121.39 | 895,916 |
| CITIBANK NA | | | | | | | |
| | 02/14/2022 | $114.00 | 885,535 | | 03/14/2022 | $80.48 | 887,257 |
| | 04/18/2022 | $80.47 | 888,921 | | 05/16/2022 | $81.76 | 890,663 |
| | 06/20/2022 | $626.55 | 892,329 | | 08/15/2022 | $81.74 | 895,643 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 02/14/2022 | $24.82 | 885,963 | | 03/14/2022 | $17.52 | 887,664 |
| | 04/18/2022 | $17.52 | 889,378 | | 05/16/2022 | $17.78 | 891,071 |
| | 06/20/2022 | $136.38 | 892,767 | | 08/15/2022 | $17.80 | 896,055 |
| DISCOVER BANK | | | | | | | |
| | 02/14/2022 | $181.78 | 885,969 | | 03/14/2022 | $128.33 | 887,671 |
| | 04/18/2022 | $128.32 | 889,386 | | 05/16/2022 | $130.35 | 891,079 |
| | 06/20/2022 | $999.04 | 892,775 | | 08/15/2022 | $130.35 | 896,062 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 02/14/2022 | $19.85 | 8,002,686 | | 02/14/2022 | $88.49 | 8,002,686 |
| | 03/14/2022 | $14.00 | 8,002,740 | | 03/14/2022 | $62.47 | 8,002,740 |
| | 04/18/2022 | $14.02 | 8,002,791 | | 04/18/2022 | $62.46 | 8,002,791 |
| | 05/16/2022 | $14.22 | 8,002,838 | | 05/16/2022 | $63.46 | 8,002,838 |
| | 06/20/2022 | $109.07 | 8,002,891 | | 06/20/2022 | $486.34 | 8,002,891 |
| | 08/15/2022 | $14.24 | 8,003,001 | | 08/15/2022 | $63.46 | 8,003,001 |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 03/16/2020 | $342.90 | 845,952 | | 04/20/2020 | $426.60 | 847,913 |
| | 05/18/2020 | $7,552.80 | 849,680 | | 06/15/2020 | $405.00 | 851,364 |
| | 07/20/2020 | $416.25 | 853,240 | | 08/17/2020 | $416.25 | 855,050 |
| | 09/21/2020 | $416.25 | 856,933 | | 10/19/2020 | $416.25 | 858,760 |
| | 11/16/2020 | $416.25 | 860,534 | | 12/21/2020 | $416.25 | 862,428 |
| | 01/11/2021 | $416.25 | 864,021 | | 02/22/2021 | $416.25 | 865,960 |
| | 03/15/2021 | $416.25 | 867,563 | | 04/19/2021 | $416.25 | 869,454 |
| | 05/17/2021 | $416.25 | 871,246 | | 06/21/2021 | $423.00 | 873,107 |
| | 07/19/2021 | $423.00 | 874,823 | | 08/16/2021 | $423.00 | 876,539 |
| | 09/20/2021 | $423.00 | 878,322 | | 10/18/2021 | $423.00 | 880,052 |
| | 11/17/2021 | $423.00 | 881,729 | | 12/13/2021 | $427.50 | 883,370 |
| | 01/10/2022 | $427.50 | 885,013 | | 02/14/2022 | $249.41 | 886,742 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 02/14/2022 | $7.37 | 885,553 | | 03/14/2022 | $5.19 | 887,275 |
| | 04/18/2022 | $5.21 | 888,938 | | 05/16/2022 | $5.28 | 890,677 |
| | 06/20/2022 | $40.49 | 892,345 | | 08/15/2022 | $5.28 | 895,655 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,956.66 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,288.61 | 100.00% | 4,828.50 | 1,460.11 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT&T UNIVERSAL CITI CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY CAPITAL | UNSECURED | 5,199.41 | * | 0.00 | |
| 0003 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,800.96 | * | 231.82 | |
| 0004 | BANK OF AMERICA | UNSECURED | 12,286.16 | * | 1,581.49 | |
| 0005 | CITIBANK NA | UNSECURED | 8,273.72 | * | 1,065.00 | |
| 0006 | DISCOVER BANK | UNSECURED | 13,192.56 | * | 1,698.17 | |
| 0007 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | VALON MORTGAGE INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | RANA HANCLICH | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 19-26235**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0010 | SYNCB/LORD & TAYLOR | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,440.33 | * | 185.40 | |
| 0013 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 6,422.22 | * | 826.68 | |
| 0014 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 16,948.46 | 100.00% | 16,948.46 | |
| 0018 | VALLEY EMERGENCY ROOM ASSOCIATE | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | WILLIAM J. PETERSEN | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 534.62 | * | 68.82 | |

**Total Paid:  $29,391.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $29,391.00     -     Paid to Claims: $22,605.84     -     Admin Costs Paid: $6,785.16     =     Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.